**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1173**

KENDA R. KIRBY,

                Plaintiff - Appellant,

      v.

STATE OF NORTH CAROLINA, Office of the Attorney General,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-cv-00344-BO)

Submitted:  September 9, 2021              Decided:  September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenda R. Kirby, Appellant Pro Se.  Kari Russwurm Johnson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenda R. Kirby appeals the district court's order denying relief on her civil complaint. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *Kirby v. North Carolina*, No. 5:20-cv-00344-BO (E.D.N.C. Jan. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
